```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MELISSA TWANA FARMER,

          Plaintiff,

vs.                                                   Civil Action No.:
                                                       1:22-CV-04718-MKV-JW

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

          Defendant.
------------------------------------------------------------X

## ORDER

      AND, NOW, this __12__ day of December, 2023, upon consideration of Plaintiff's Motion for an extension of time to file objections to the Magistrate Judge's Report and Recommendation,

      IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's objections are due by January 9, 2024.


Entered: __12/12/2023__                                                         _Mary Kay Vyskocil_