**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
MELISSA TWANA FARMER,

                              Plaintiff,

           -against-                                      22 **CIVIL** 4718 (MKV)

                                                       **<u>JUDGMENT</u>**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                              Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 11, 2024, the Court ADOPTS the Report and Recommendation in its entirety. Plaintiff's motion for judgment on the pleadings reversing or remanding the ALJ's decision is DENIED, and the Commissioner's motion for judgment on the pleadings affirming the ALJ's decision is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      March 11, 2024

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                                **BY:**
                                          _____
                                                  **Deputy Clerk**